(V. D. 11)

MANHATTAN NOVELTY CORP. ET AL. *v.* UNITED STATES

Entry No. 849852, etc.

(Decided September 16, 1954)

*Lane, Young & Fox (William H. Fox* of counsel) for the plaintiffs.
*Warren E. Burger,* Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: These matters are presently before me on remands from classification proceedings decided by the first division of this court in *Manhattan Novelty Corp. et al.* v. *United States,* 32 Cust. Ct. 459, Abstract 58007; *Selsi Co., Inc., et al.* v. *United States,* 31 Cust. Ct. 307, Abstract 57637; *Selsi Co., Inc.* v. *United States,* 32 Cust. Ct. 447, Abstract 57978. The judgments entered therein state: "* * * that the matters be remanded to a single judge in reappraisement pursuant to the provisions of Title 28 U. S. C. § 2636 (d)."

The matters have been submitted for decision upon an agreed statement of facts entered into by and between counsel for the respective parties hereto.

Upon the agreed facts, I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930 (19 U. S. C. § 1402 (d)), to be the proper basis for determining the values of the involved merchandise and that such values are as set forth in schedule "A," hereto attached and made a part hereof.

I further find such values to be the dutiable values of said merchandise.

Judgment will be entered accordingly.

SCHEDULE "A"

| Remand of protest No. | Entry No. | Merchandise | United States dollars per each |
|---|---|---|---|
| | | MANHATTAN NOVELTY CORP. | |
| 219904–K/8691–53 | 849852 | 50 pcs. 7 x 50 binoculars with cases | |
| | | Binoculars_____ | 11. 07 |
| | | Carrying cases_____ | 1. 25 plus casing and packing |
| | 767556 | 25 pcs. 7 x 50 binoculars with cases | |
| | | Binoculars_____ | 30. 38 |
| | | Carrying cases_____ | 3. 00 net packed |
| | 749746 | 100 pcs. 7 x 50 binoculars with cases | |
| | | Binoculars_____ | 12. 45 |
| | | Carrying cases_____ | 1. 25 plus cases and packing |
| | | 100 pcs. 7 x 35 binoculars with cases | |
| | | Binoculars_____ | 10. 90 |
| | | Carrying cases_____ | 1. 00 plus cases and packing |
| | | SELSI CO., INC. | |
| 189132–K/3715–52 | 813368 | Binoculars with cases | |
| | | 25 pcs. Miralux 8 x 30 | |
| | | Binoculars_____ | 31. 85 |
| | | Carrying cases_____ | 2. 25 plus cases and packing |
| | | 5 pcs. Supralux 8 x 40 | |
| | | Binoculars_____ | 47. 70 |
| | | Carrying cases_____ | 4. 00 plus cases and packing |
| | | 5 pcs. Noctalux 7 x 50 | |
| | | Binoculars_____ | 48. 50 |
| | | Carrying cases_____ | 4. 00 plus cases and packing |
| | | 5 pcs. Astrolux 10 x 50 | |
| | | Binoculars_____ | 50. 10 |
| | | Carrying cases_____ | 4. 00 plus cases and packing |

| Remand of protest No. | Entry No. | Merchandise | United States dollars per each |
|---|---|---|---|
| 189132–K/3715–52 | 842365 | 200 pcs. 6 x 15 binoculars with cases | |
| | | Binoculars_____ | 5. 50 |
| | | Carrying cases_____ | 0. 50 |
| | | | net packed |
| | 742104 | 7 pcs. 7 x 50 binoculars with cases | |
| | | Binoculars_____ | 31. 00 |
| | | Carrying cases_____ | 3. 00 |
| | | | plus cases and packing |
| | | 1 pc. 7 x 50 binocular with case | |
| | | Binocular_____ | 26. 75 |
| | | Carrying case_____ | 3. 00 |
| | | | plus cases and packing |
| | 714475 | Binoculars with cases | |
| | | 6 pcs. Miralux 8 x 30 | |
| | | Binoculars_____ | 31. 85 |
| | | Cases_____ | 2. 25 |
| | | | plus cases and packing |
| | | 2 pcs. Supralux 8 x 40 | |
| | | Binoculars_____ | 47. 70 |
| | | Carrying cases_____ | 4. 00 |
| | | | plus cases and packing |
| | | 3 pcs. Noctalux 8 x 40 | |
| | | Binoculars_____ | 48. 50 |
| | | Carrying cases_____ | 4. 00 |
| | | | plus cases and packing |
| | | 1 pc. Astrolux 10 x 50 | |
| | | Binocular_____ | 50. 10 |
| | | Carrying case_____ | 4. 00 |
| | | | plus cases and packing |
| | 720147 | 6 pcs. 10 x 35 binoculars with cases | |
| | | Binoculars_____ | 15. 35 |
| | | Carrying cases_____ | 2. 00 |
| | | | plus cases and packing |
| | | 6 pcs. 12 x 37 binoculars with cases | |
| | | Binoculars_____ | 16. 00 |
| | | Carrying cases_____ | 2. 00 |
| | | | plus cases and packing |

| Remand of protest No. | Entry No. | Merchandise | United States dollars per each |
|---|---|---|---|
| 190145–K/4592–52 | 700694 | Binoculars with cases | |
| | | 72 pcs. Art. No. 2097, 7 x 35 | |
| | | Binoculars_____ | 20. 00 |
| | | Carrying cases_____ | 2. 40 |
| | | | net packed |
| | 753938 | Binoculars with cases | |
| | | 6 pcs. Supralux 8 x 40 | |
| | | Binoculars_____ | 47. 70 |
| | | Carrying cases_____ | 4. 00 |
| | | | plus cases and packing |
| | | 3 pcs. Astrolux 10 x 50 | |
| | | Binoculars_____ | 50. 10 |
| | | Carrying cases_____ | 4. 00 |
| | | | plus cases and packing |
| | | 2 pcs. Starlux 12 x 50 | |
| | | Binoculars_____ | 51. 00 |
| | | Carrying cases_____ | 4. 00 |
| | | | plus cases and packing |
| | | 2 pcs. Novalux 16 x 50 | |
| | | Binoculars_____ | 52. 20 |
| | | Carrying cases_____ | 4. 00 |
| | | | plus cases and packing |
| | | 35 pcs. Miralux 8 x 30 | |
| | | Binoculars_____ | 31. 85 |
| | | Carrying cases_____ | 2. 25 |
| | | | plus cases and packing |
| 195423–K/3715–52 | 773689 | 3 pcs. Supralux 8 x 40 | |
| | | Binoculars_____ | 47. 70 |
| | | Carrying cases_____ | 4. 00 |
| | | | plus cases and packing |
| | | 3 pcs. Noctalux 7 x 50 | |
| | | Binoculars_____ | 48. 50 |
| | | Carrying cases_____ | 4. 00 |
| | | | plus cases and packing |
| | | 1 pc. Astralux 10 x 50 | |
| | | Binocular_____ | 50. 10 |
| | | Carrying case_____ | 4. 00 |
| | | | plus cases and packing |

| Remand of protest No. | Entry No. | Merchandise | United States dollars per each |
|---|---|---|---|
| 195423–K/3715–52 | 773689 | Binoculars with cases | |
| | | 3 pcs. 8 x 40 Supralux | |
| | | Binoculars_____ | 47. 70 |
| | | Carrying cases_____ | 4. 00 |
| | | | plus cases and packing |
| | | 3 pcs. 7 x 50 Noctalux | |
| | | Binoculars_____ | 48. 50 |
| | | Carrying cases_____ | 4. 00 |
| | | | plus cases and packing |
| | | 1 pc. 10 x 50 Astrolux | |
| | | Binocular_____ | 50. 10 |
| | | Carrying case_____ | 4. 00 |
| | | | plus cases and packing |
| | | 10 pcs. 8 x 30 Miralux | |
| | | Binoculars_____ | 31. 85 |
| | | Carrying cases_____ | 2. 25 |
| | | | plus cases and packing |
| | | 9 pcs. 10 x 35 | |
| | | Binoculars_____ | 15. 10 |
| | | Carrying cases_____ | 2. 25 |
| | | | plus cases and packing |
| | | 3 pcs. 12 x 37 | |
| | | Binoculars_____ | 15. 75 |
| | | Carrying cases_____ | 2. 25 |
| | | | plus cases and packing |
| | | 10 pcs. 7 x 35 | |
| | | Binoculars_____ | 20. 35 |
| | | Carrying cases_____ | 2. 25 |
| | | | plus cases and packing |
| | | 20 pcs. 7 x 35 | |
| | | Binoculars_____ | 23. 55 |
| | | Carrying cases_____ | 2. 25 |
| | | | plus cases and packing |
| | 777918 | Binoculars with cases | |
| | | 10 pcs. Miralux 8 x 30 | |
| | | Binoculars_____ | 31. 85 |
| | | Carrying cases_____ | 2. 25 |
| | | | plus cases and packing |

| Remand of protest No. | Entry No. | Merchandise | United States dollars per each |
|---|---|---|---|
| 195423–K/3715–52 | 777918 | 3 pcs. Noctalux 7 x 50 | |
| | | Binoculars_____ | 48. 50 |
| | | Carrying cases_____ | 4. 00 plus cases and packing |
| | | 10 pcs. Miralux 8 x 30 | |
| | | Binoculars_____ | 31. 85 |
| | | Carrying cases_____ | 2. 25 plus cases and packing |
| | | 2 pcs. Supralux 8 x 40 | |
| | | Binoculars_____ | 47. 70 |
| | | Carrying cases_____ | 4. 00 plus cases and packing |
| | | 1 pc. Starlux 12 x 50 | |
| | | Binocular_____ | 51. 00 |
| | | Carrying case_____ | 4. 00 plus cases and packing |
| | | 1 pc. Novalux 16 x 50 | |
| | | Binocular_____ | 52. 20 |
| | | Carrying case_____ | 4. 00 plus cases and packing |
| 199940–K/11455–52 | 748368 | Binoculars with cases | |
| | | 1 Binocular 7 x 50 | |
| | | Binocular_____ | 30. 02 |
| | | Carrying case_____ | 3. 00 plus cases and packing |
| | | 1 Binocular 7 x 50 | |
| | | Binocular_____ | 34. 27 |
| | | Carrying case_____ | 3. 00 plus cases and packing |
| | | 10 pcs. 8 x 30 Miralux | |
| | | Binoculars_____ | 31. 85 |
| | | Carrying cases_____ | 2. 25 plus cases and packing |
| | | 3 pcs. 8 x 40 Supralux | |
| | | Binoculars_____ | 47. 70 |
| | | Carrying cases_____ | 4. 00 plus cases and packing |

| Remand of protest No. | Entry No. | Merchandise | United States dollars per each |
|---|---|---|---|
| 199940–K/11455–52 | 748368 | 13 pcs. 8 x 30 Miralux | |
| | | Binoculars_____ | 31. 85 |
| | | Carrying cases_____ | 2. 25 |
| | | | plus cases and packing |
| | | 1 pc. 16 x 50 Novalux | |
| | | Binocular_____ | 52. 20 |
| | | Carrying case_____ | 4. 00 |
| | | | plus cases and packing |
| 205801–K/16488–52 | 791454 | Binoculars with cases | . |
| | | 10 pcs. Miralux 8 x 30 | |
| | | Binoculars_____ | 31. 85 |
| | | Carrying cases_____ | 2. 25 |
| | | | plus cases and packing |
| | | 3 pcs. Noctalux 7 x 50 | |
| | | Binoculars_____ | 48. 50 |
| | | Carrying cases_____ | 4. 00 |
| | | | plus cases and packing |
| | | 10 pcs. Miralux 8 x 30 | |
| | | Binoculars_____ | 31. 85 |
| | | Carrying cases_____ | 2. 25 |
| | | | plus cases and packing |
| | | 2 pcs. Supralux 8 x 40 | |
| | | Binoculars_____ | 47. 70 |
| | | Carrying cases_____ | 4. 00 |
| | | | plus cases and packing |
| | | 1 pc. Supralux 12 x 50 | |
| | | Binocular_____ | 51. 00 |
| | | Carrying case_____ | 4. 00 |
| | | | plus cases and packing |
| | | 1 pc. Novalux 16 x 50 | |
| | | Binocular_____ | 52. 20 |
| | | Carrying case_____ | 4. 00 |
| | | | plus cases and packing |
| 219011–K/6487–52 | 827508 | Binoculars with cases | |
| | | 6 pcs. Miralux 8 x 30 | |
| | | Binoculars_____ | 31. 85 |
| | | Carrying cases_____ | 2. 25 |
| | | | plus cases and packing |
| | | 2 pcs. Supralux 8 x 40 | |
| | | Binoculars_____ | 47. 70 |
| | | Carrying cases_____ | 4. 00 |
| | | | plus cases and packing |

| Remand of protest No. | Entry No. | Merchandise | United States dollars per each |
|---|---|---|---|
| 219011–K/6487–52 | 827508 | 3 pcs. Noctalux 7 x 50 | |
| | | Binoculars_____ | 48. 50 |
| | | Carrying cases_____ | 4. 00 |
| | | | plus cases and packing |
| | | 1 pc. Astrolux 10 x 50 | |
| | | Binocular_____ | 50. 10 |
| | | Carrying case_____ | 4. 00 |
| | | | plus cases and packing |
| 219910–K/8691–53 | 807550 | Binoculars with cases | |
| | | 100 pcs. Art. No. 5569, 7 x 50 | |
| | | Binoculars_____ | 13. 50 |
| | | Carrying cases_____ | 2. 00 |
| | | | net packed |
| | 750527 | Binoculars with cases | |
| | | 50 pcs. Art. No. 7150, 7 x 18 | |
| | | Binoculars_____ | 6. 80 |
| | | Carrying cases_____ | 0. 60 |
| | | | net packed |
| | | 50 pcs. Art. No. 7493, ·7 x 50 | |
| | | Binoculars_____ | 14. 85 |
| | | Carrying cases_____ | 2. 00 |
| | | | net packed |

TEXOMA WHOLESALE JEWELERS (S. H. POMERANCE CO., INC.)

| Remand of protest No. | Entry No. | Merchandise | United States dollars per each |
|---|---|---|---|
| 202139–K/14007–52 | 769930 | Binoculars with cases | |
| | | 100 pcs. 7 x 50 | |
| | | Binoculars_____ | 17. 50 |
| | | Carrying cases_____ | 2. 00 |
| | | | net packed |

ZALE JEWELRY CO. (S. H. POMERANCE CO., INC.)

| Remand of protest No. | Entry No. | Merchandise | United States dollars per each |
|---|---|---|---|
| 198173–K/10343–52 | 890926 | Binoculars with cases | |
| | | 80 pcs. Ofuna 7 x 50 | |
| | | Binoculars_____ | 19. 50 |
| | | Carrying cases_____ | 3. 00 |
| | | | net packed |
| | | 20 pcs. Ofuna 7 x 50 | |
| | | Binoculars_____ | 19. 50 |
| | | Carrying cases_____ | 3. 00 |
| | | | net packed |
| | | 1 pc. Ofuna 7 x 35 | |
| | | Binocular_____ | 19. 00 |
| | | Carrying case_____ | 3. 00 |
| | | | net packed |
| | | | all less the deductions from said unit prices as invoiced |